**William HARTMAN, Defendant**
**Below, Appellant,**

v.

**STATE of Delaware, Plaintiff**
**Below, Appellee.**

**No. 435, 2017**

Supreme Court of Delaware.

Submitted: November 14, 2017

Decided: December 19, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0508007488 (S)

AFFIRMED.